Exhibit D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ORANGEBOY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRON POINT, INC., <br> Ohio Registered Agent Service, LLC <br> 6545 Market Ave. North, #100 <br> North Canton, OH 44721 <br><br> and <br><br> DOES #1–5, <br><br> Defendants. | Case No. 2:20-cv-4245 <br><br> Judge James L. Graham <br><br> Magistrate Judge Kimberly A. Jolson |

## **DECLARATION OF JOSHUA M. FEASEL**

1. I, Joshua M. Feasel, am over the age of 18, am not under any disability, and am competent to testify to the facts stated below based on my personal knowledge.

2. I am legal counsel to OrangeBoy, Inc. in this matter.

3. Exhibit 1 to this affidavit is a screenshot of the Twitter feed of "St Paul Public Library" (https://twitter.com/StPaulPublicLi1).

4. Exhibit 2 to this affidavit is a screenshot of the Twitter feed of "Beth Ryan" (https://twitter.com/BethRya37389413).

5. Exhibit 3 to this affidavit is a screenshot of the LinkedIn page of Ian Downie (https://www.linkedin.com/in/iandownie/).

6. Exhibit 4 to this affidavit is a screenshot of the LinkedIn page of Nigel Wheeldon (https://www.linkedin.com/in/nigel-wheeldon-2526252/?originalSubdomain=uk).

7. Exhibit 5 to this affidavit is a true and correct copy of a letter that I sent on August 3, 2020, to Patron Point, Inc., three members of its management team, and an apparently related entity, Third Chapter Partners, LLC, about the recent attacks on OrangeBoy, Inc.'s security.

8. On August 7, 2020, I received a call from Patron Point's counsel, Sterling Weiser. Mr. Weiser assured me that Patron Point planned to investigate the matter, and he asked for additional information about the attacks. I gave Mr. Weiser the additional information I had at hand and offered to set up a call with OrangeBoy's technical team to provide further information. To date, Mr. Weiser has not taken me up on this offer and has provided no further details about the status of Patron Point's investigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 8/26/2020

Joshua M. Feasel

Exhibit 1



Exhibit 2



Exhibit 3

BUSINESS INSIDER Premium - Seattle tech salaries: The highest-paid jobs at Amazon, Microsoft, and more   Ad



Ian Downie · 3rd
Marketing automation, driving engagement for public libraries
Patron Point
United Kingdom · 500+ connections · Contact info

Follow   More...

Ad
Get the latest jobs and industry news
Joshua, explore relevant opportunities with United Shore
Follow

## About
Sales & marketing leader having started, grown and exited a number of high growth tech-based startups in a range of areas from public sector, mobile/web/software, media, marketing and professional services.

Joshua, learn what hiring managers look for in answers to top interview questions
- What do you like to do outside of work?
- Tell me about a time you worked with a difficult person.
- Tell me about a time you failed or made a mistake.
See all questions

Unlock top resume keywords
Craft your best resume with top keywords you should highlight for Founder roles.
Try Premium for free

## Activity
816 followers    See all

- Ted Fons, Gene Shimshock, Brendan Pearce, Nigel Wheeldon - welcome...
  Ian shared this · 1 Reaction
- All the best Trey
  Ian commented
- Ted Fons, Gene Shimshock, Brendan Pearce, Nigel Wheeldon - welcome...
  Ian shared this · 4 Reactions
- Ted Fons, Gene Shimshock, Brendan Pearce, Nigel Wheeldon - welcome...
  Ian shared this · 1 Reaction

## Experience

**Vice President, Growth**
Patron Point
Dec 2018 – Present · 1 yr 9 mos
Glasgow, United Kingdom

Vice President, Growth at Patron Point™, the first of its kind patron relationship management platform that gives public libraries the tools they need to drive library collection and service use, attract new patrons, and achieve strategic and operational goals. With Patron Point, libraries can produce personalized and highly-targeted email and web interactions that result in a more personalized and engaging patron experience. Libraries can benefit immediately from a foundation of Proven Programs™ or create their own programs and workflows that are customized to their unique user communities and needs.

**Owner, CEO, Investor**
Ten P's
Jan 2012 – Present · 8 yrs 8 mos
London / Glasgow

Strategic Marketing Consultancy and Investors helping UK-based business expand internationally through creation of effective go-to-market strategies, investment and tactical input.

**Founder, Director, International Business Development**
collectionHQ
Jan 2008 – Feb 2018 · 10 yrs 2 mos
Glasgow, United Kingdom

As a founder of collectionHQ, I was responsible for developing and leading all commercial strategy and activity. This included strategic marketing, building the brand from zero and personally selling the product to the first 100+ customers globally - opening and closing the product into each new market we tackled. I built an amazing commercial team that delivered outstanding interna ...see more

**Non Executive Director**
MobiVentures Inc
Mar 2007 – Dec 2007 · 10 mos
New York City, USA

Advising on acquisition strategy for mobile technology companies entering our investment portfolio and working with management team post-acquisition to grow shareholder value and align/streamline/merge businesses within the portfolio.

**Group Commercial Director**
Innovation Centres Scotland
Jan 2004 – Dec 2007 · 4 yrs
Glasgow, United Kingdom

High Growth Incubator within the mobile technology sector.
Led a team of specialists supporting over 150 of Scotland's high potential young companies within the mobile technology space helping them build plausible business plans, product development, market research, sales & marketing, strategy and funding. ...see more

Show 4 more experiences

## Education
**CCAT**
BSc 1st Class Hons, Chemistry

## Volunteer Experience
**Volunteer**
The Trussell Trust / Foodbank
Dec 2015 · 1 mo

## Skills & Endorsements

**Start-ups** · 36
Endorsed by Stephen Whitelaw and 3 others who are highly skilled at this
Endorsed by 2 of Ian's colleagues at Innovation Centres Scotland

**Strategic Partnerships** · 21
Endorsed by 2 of Ian's colleagues at Innovation Centres Scotland

## Recommendations

Received (11)  Given (2)

**Gary Ennis**
Digital Skills and Social Media Training delivered via Live Webinar ⭐ Founder of NSDesign Online Training Consultancy.
October 21, 2015, Gary worked with Ian but at different companies

I've know Ian Downie for years - as a business advisor, client, and friend. There's not much he doesn't know about business, and his knowledge of the digital and mobile sector is second to none. As a client (working with CollectionHQ) I cannot fault him - great communication, clear brief, and good working partners... See more

**Christopher G. Kahn**
EarlyWord.com--Closing June 30, 2017
December 18, 2014, Ian was a client of Christopher G.'s

Ian Downie is a consummate business professional whose keen intellect, innate sales senses and winning personality are his keys to success. I met and began working with Ian during the roll-out of CHQ to the US library market. He knew exactly what he was doing, and engineered a successful launch strategy ideally pos... See more

Show more

## Accomplishments

**3 Languages**
English · French · German

## Interests

- Brooklyn Public Library — 7,080 followers
- American Library Association — 57,120 followers
- Douglas County Libraries — 2,144 followers
- ProQuest — 21,362 followers
- Marketing Public Libraries Think Ta... — 7,553 members
- Entrepreneurial Scotland — 1,262 members

See all

Promoted
- BUSINESS INSIDER Premium: Seattle tech salaries: The highest-paid jobs at Amazon, Microsoft, and more
- Is Your Start Up Lagging? Assemble a virtual advisory board to help with funding, strategy and growth
- Are You A CEO? You're invited to apply for inclusion in the Marquis Executive Registry

LinkedIn
About · Accessibility · Talent Solutions · Questions? Visit our Help Center. · Select Language: English (English)
Community Guidelines · Careers · Marketing Solutions
Privacy & Terms · Ad Choices · Advertising · Manage your account and privacy, Go to your Settings.
Sales Solutions · Mobile · Small Business
Safety Center
LinkedIn Corporation © 2020

Exhibit 4

BUSINESS INSIDER Premium - Seattle tech salaries: The highest-paid jobs at Amazon, Microsoft, and more  Ad

## Nigel Wheeldon · 3rd

Business Development Director at Patron Point

Wilmslow, Cheshire, United Kingdom · 413 connections · Contact info

Patron Point
The Manchester Metropolitan University

[Message] [More...]

Ad
Get the latest jobs and industry news
Joshua, explore relevant opportunities with United Shore
[Follow]

### Activity
410 followers — See all

- Welcoming Auburn Hills Public Library into the Patron Point library marketing… — Nigel shared this
- #LibraryMarketing #PublicLibraries #LibraryMarketingAutomation — Nigel shared this
- Is your library using Patron Point for its library marketing yet? If not, why not joi… — Nigel shared this
- Survey your customers and analyse the feedback within a single marketing… — Nigel shared this

### Experience

**Business Development Director**
Patron Point · Full-time
Jan 2020 – Present · 8 mos
Wilmslow Cheshire UK

Business Development Director at Patron Point™, the first of its kind patron relationship management platform that gives public libraries the tools they need to drive library collection and service use, attract new patrons, and achieve strategic and operational goals. With Patron Point, libraries can produce personalized and highly-targeted email and web interactions that result in a more personalized and engaging patron experience. Libraries can benefit immediately from a foundation of Proven Programs™ or create their own programs and workflows that are customized to their unique user communities and needs.

**Senior Business Development Manager**
collectionHQ (Part of the Follett Corporation)
Dec 2010 – Dec 2019 · 9 yrs 1 mo
Wilmslow UK

Leading the New Business Sales effort for collectionHQ & ESP a revolutionary suite of Public Library software solutions across the UK, USA & Australian markets.

**ISYS Search Software (Now Lexmark)**
8 yrs 4 mos

- **UK Sales Manager**
  Aug 2003 – Nov 2010 · 7 yrs 4 mos
  Chester UK
  
  New business sales into Blue Chip and Public Sector of Information Access, eDiscovery and Enterprise Search Solutions across EMEA.

- **Business Development Manager**
  Aug 2002 – Jul 2003 · 1 yr

**New Business Account Executive**
STS Retail Systems Ltd
Feb 2000 – Jul 2002 · 2 yrs 6 mos
UK Wide

New business development of software sales within the retail sector through multi-level sales process, with strategic focus on the Data Mining, Business Intelligence, CRM and Fraud Detection solutions.

**Key Account Executive**
Sensormatic Retail UK Ltd
1997 – Jan 2000 · 3 yrs
UK Wide

New business sales and account management of security solutions into UK Retail sector.

### Education

**The Manchester Metropolitan University**
Business

**Clifton College.**

### Skills & Endorsements

**Enterprise Software** · 17
Endorsed by 3 of Nigel's colleagues at ISYS Search Software

**CRM** · 11
Amanda McHugh and 10 connections have given endorsements for this skill

**Solution Selling** · 10
Ashley Kemp MCIOB and 9 connections have given endorsements for this skill

Show more

### Recommendations

Received (5) | Given (5)

**Ian Davies**
(null)
July 23, 2010, Ian was senior to Nigel but didn't manage directly

"Nigel is a great chap to work with, completely committed to the cause and totally reliable. Highly recommended."

**Terry Clift**
recreation & travel
July 23, 2010, Terry managed Nigel directly

"Nigel led the UK Sales team with enthusiasm and flair and during his time increased revenue and profit for the UK office year on year. His activity levels, drive and determination to succeed also enabled him to achieve his own personal quota consistently for 5 years in a row. I would have no hesitation in recommen… See more"

Show more

### Interests

- **Kansas City Public Library** — 1,656 followers
- **Baker & Taylor** — 5,318 followers
- **CLiC (Colorado Library Consortium)** — 148 followers
- **Salesforce** — 2,247,749 followers
- **American Library Association** — 57,120 followers
- **SirsiDynix** — 3,324 followers

See all



People Also Viewed

- **Brendan Pearce** · 3rd — Business Development Director at Patron Point
- **Barry Miller** · 3rd+ — Business Development Manager
- **Ian Downie** · 3rd — Marketing automation, driving engagement for…
- **Tim Phillips** · 3rd — Director at TRIFDON LTD
- **Andy Milton** · 3rd+ — Member SOG Cmte at N/A
- **James Spencer** · 3rd+ — Pre sales consultant at Arena Group
- **Martin Flynn** · 3rd+ — IT Service Analyst at EDF
- **Ian Kirk** · 3rd+ — Public Safety Director at Northgate Public Services
- **Tim Phillips** · 3rd+ — --
- **John Leins** · 3rd+ — Teamcenter Solution Architect

Joshua, learn what hiring managers look for in answers to top interview questions

- What do you like to do outside of work?
- Tell me about a time you worked with a difficult person.
- Tell me about a time you failed or made a mistake.

See all questions

**Unlock top resume keywords**
Craft your best resume with top keywords you should highlight for Founder roles.
[Try Premium for free]

**Promoted**

- Is Your Start Up Lagging? Assemble a virtual advisory board to help with funding, strategy and growth — Learn more
- Are You A CEO? You're invited to apply for inclusion in the Marquis Executive Registry — Learn more



Messaging


LinkedIn
About · Accessibility · Talent Solutions · Questions? Visit our Help Center. · Select Language: English (English)
Community Guidelines · Careers · Marketing Solutions
Privacy & Terms · Ad Choices · Advertising · Manage your account and privacy. Go to your Settings.
Sales Solutions · Mobile · Small Business
Safety Center
LinkedIn Corporation © 2020

Exhibit 5



**JOSHUA M. FEASEL**
ATTORNEY AT LAW

P.O. BOX 6842
DETROIT, MI 48206
734.726.0016
JOSH@FEASELPLLC.COM

August 3, 2020

| Ian C. Downie | Theodore A. Fons | Eugene A. Shimshock, II |
| --- | --- | --- |
| ian@patronpoint.com | ted@patronpoint.com | gene@patronpoint.com |

Patron Point, Inc.
Ohio Registered Agent Service, LLC
6545 Market Ave. North, #100
North Canton, OH 44721

Third Chapter Partners, LLC
(d/b/a Patron Point)
6418 Newgrange Drive
Dublin, OH 43016

**Re: Demand to cease and desist efforts to breach the security of OrangeBoy, Inc.**

Dear Messrs. Downie, Fons, and Shimshock:

I write on behalf of my client, OrangeBoy, Inc., regarding a serious matter. In short: OrangeBoy has uncovered evidence that someone associated with Patron Point has been trying to hack into OrangeBoy's servers.

OrangeBoy has earned its clients' trust by taking security very seriously. It spends significant time and energy ensuring the continued privacy of both its own and its clients' confidential data, and it maintains strict procedures and security protocols to help it do so. In recent months, OrangeBoy's security team observed a number of attempts to gain unauthorized access to the company's servers, primarily through efforts to guess and reset the user passwords for OrangeBoy users. Recently, however, these efforts intensified. In just the last week, OrangeBoy has observed not only further attempts to guess and reset user passwords for OrangeBoy users, but also (1) attempts to guess and reset passwords for users associated with OrangeBoy's *clients*; (2) the use of a fake name and institutional affiliation to seek technical information about OrangeBoy's services; and (3) an apparent attempt to overwhelm OrangeBoy's servers or to obscure these other intrusion efforts through an "email subscription bomb."

Case: 2:20-cv-04245-MHW-KAJ Doc #: 3-4 Filed: 08/20/20 Page: 14 of 15  PAGEID #: 63

Page 2 of 3

OrangeBoy's investigation into these escalating attacks strongly suggests that someone associated with Patron Point is responsible for them.

We do not make these serious allegations lightly. Efforts to hack into a competitor's computer system are illegal under federal and state law, and such conduct could subject the hacker to significant criminal and civil liability. Moreover, as you can surely imagine, a successful intrusion into OrangeBoy's servers would significantly harm our industry as a whole by weakening trust in the security and confidentiality of library cardholder data.

For those reasons, we cannot imagine that this conduct would take place with the knowledge and approval of Patron Point's senior management. We therefore write in hopes that once you are made aware of the situation, you will take appropriate steps to remedy it and make sure that it will not recur. In particular, we ask that you:

(1) Immediately cease and desist the conduct described above, as well as any other attempts to obtain unauthorized access to OrangeBoy's servers, to overload or otherwise damage OrangeBoy's computer systems, or to obtain information from OrangeBoy by false pretenses;

(2) Investigate the circumstances under which those efforts were undertaken;

(3) Identify and immediately terminate the employment of all persons responsible for such actions; and

(4) Implement policies and practices to ensure that no one affiliated with Patron Point will engage in similar behavior in the future.

We would be glad to work with your security team to help them track down the source of this misconduct. Please just let us know how we can help.

Given the seriousness of this matter, we ask that you act promptly to address our requests. Please confirm as soon as possible that you are investigating the matter, and in any event let us know by the end of the day on Monday, August 10, 2020, what steps you have taken to remedy the situation.

Although we sincerely hope to resolve this matter amicably, OrangeBoy reserves its right to take further action to remedy this conduct, including legal action if necessary. Accordingly, we ask that you take steps to preserve all information in your possession, custody, or control regarding this matter. This includes emails, text messages, server and activity logs, social-media accounts, and any other information that falls within the scope of Rule 34 of the Federal Rules of Civil Procedure. The failure to preserve any relevant information—even if that information is destroyed through automatic processes or standard document-destruction policies—may be grounds for sanction by a court of law.

Thank you for looking into this matter. We hope to hear from you soon.

Sincerely,

Joshua M. Feasel

cc: Sandra Swanson
M. Clark Swanson II
Christopher Kelbley