**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

OrangeBoy, Inc.,

      Plaintiff,                              Case No. 2:20-cv-4245

     v.

Patron Point, Inc.., *et al.*

      Defendants.

<u>ORDER OF RECUSAL</u>

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

                                     <u>s/ James L. Graham</u>
                                       JAMES L. GRAHAM
                                       United States District Judge

DATE: August 21, 2020