IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

ORANGEBOY, INC.,

      Plaintiff,

v.

PATRON POINT, INC.,

and

DOES #1–5,

      Defendants.

Case No. 2:20-cv-4245

Judge Michael H. Watson

Magistrate Judge Kimberly A. Jolson

## NOTICE OF DISMISSAL

This matter having been resolved to all parties' satisfaction, Plaintiff OrangeBoy, Inc.

hereby dismisses this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).


Dated:    September 14, 2020

  /s/ Joshua M. Feasel
Joshua M. Feasel (0090291)
Feasel PLLC
P.O. Box 6842
Detroit, MI 48202
734.726.0016
313.217.3509 (f)
jmfeasel@feaselpllc.com

*Attorney for Plaintiff OrangeBoy, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2020, a true and accurate copy of

the foregoing document was served by email upon the following:


Brian J. Laliberte
Laliberte LLC
35 E. Gay Street, Suite 403
Columbus, OH 43215
brian@lalibertellc.com

*Attorney for Defendant Patron Point, Inc.*



 /s/ Joshua M. Feasel            ____
*Attorney for Plaintiff OrangeBoy, Inc.*